7jgmtwoh (1/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Charles Michael Curry and Stacy Renee Curry
**Debtor**

*Bankruptcy Case No.*
10–43275–jwv7

**United Fire and Casualty Company**
   Plaintiff(s)

*Adversary Case No.*
12–04090–jwv

v.

**Stacy Renee Curry**
   Defendant(s)

## JUDGMENT

   The issues of this proceeding having been duly considered by the Honorable Jerry W. Venters , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: Judgment is entered in favor of Plaintiff United Fire and Casualty Companys Complaint against Defendant Stacy Renee Curry on Count I (11 U.S.C. § 523 (a)(2)(A) for False Pretenses, False Representation, Actual Fraud), Count II (11 U.S.C. §534(a)(6) for Willful and Malicious Injury), Count III (11 U.S.C. §534(a) (4) for fraud or defalcation by embezzling funds). The Court finds that the damages for each Count are merged, for a single damages award in the amount of $101,635.00 with interest accruing at 9.000% from the date of the entry of this Judgment.

Ann Thompson
Court Executive

By: /s/ Jamie Hinkle
   Deputy Clerk



Date of issuance: 7/6/12

Court to serve